3042712 – LRB/MLW                                              ARDC # 6325949

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLYDE MAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2019 cv 6059** |
| ) | |
| ROMANS MOTOR FREIGHT, INC.; ) | |
| ROMANS TRANSPORTATION, INC.; ) | |
| MICHAEL FITZGERALD, INVIDUALLY ) | |
| AND AS AGENT OR EMPLOYEE OF ) | |
| ROMANS MOTOR FREIGHT, INC.; ) | |
| MICHAEL FITZGERALD, INVIDUALLY ) | |
| AND AS AGENT OR EMPLOYEE OF ) | |
| ROMANS TRANSPORTATION, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

NOW COME the Defendants, ROMANS MOTOR FREIGHT, INC., ROMANS TRANSPORTATION, INC., and MICHAEL FITZGERALD, by and through their attorneys, Lew R.C. Bricker and Michael L. Wojciak of SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, state as follows:

1. This matter arises from a July 5, 2017 accident in the Township of New Lenox, Will County, Illinois where the plaintiff alleges that he sustained personal injuries. (*See* Plaintiff's Complaint at Law attached as Exhibit "A.")

2. On June 27, 2019, the plaintiff filed a four-count Complaint at Law in the Circuit Court of Cook County, Illinois bearing Cook County Case No. 2019 L 007164. (*See* Ex. A.)

3. Defendants, ROMANS MOTOR FREIGHT, INC., ROMANS TRANSPORTATION, INC., and MICHAEL FITZGERALD, remove this matter based upon subject matter jurisdiction conferred by diversity of citizenship and amount in controversy, as established in 28 U.S.C. § 1332.

4. All of the defendants join in the removal of this matter, as established in 28 U.S.C. § 1446.

5. Shown below, diversity of citizenship exists, the defendants assert a good faith basis that the amount in controversy exceeds $75,000.00 and Removal is timely.

## ARGUMENT

**Diversity of Citizenship Exists**

6. Upon information and belief, the plaintiff, CLYDE MAY, is currently and was at the time of the subject accident domiciled, a citizen and resident of the State of Illinois.

7. The defendant, MICHAEL FITZGERALD, at the time of the subject accident, at the time the Complaint was filed in the Circuit Court of Cook County, and at the present time was and is domiciled, a citizen and resident of the State of Nebraska. (*See* Redacted copy of Michael Fitzgerald's Commercial Driver's License attached as Exhibit "B.")

8. At the time of the subject accident, at the time the Complaint was filed in the Circuit Court of Cook County and at the present time, the defendants, ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC., were and are a citizen of the State of Nebraska. The United States Supreme Court determined that a corporation is a citizen of both (1) every state where it is incorporated, and (2) the state where it has its principal place of business. *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

9. At the time of the occurrence, at the time the Complaint was filed in the Circuit Court of Cook County, and at the present time, the defendant, ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC. were and are incorporated in the State of Nebraska. (*See* Romans Motor Freight, Inc. Business Information with the Nebraska Secretary of State attached as Exhibit "C" and Romans Transportation, Inc. Business Information with the Nebraska Secretary of State attached as Exhibit "D".)

10. The United States Supreme Court stated that a corporation's principal place of business is determined by the "nerve center" test. The Court explained that:

> … the place where a corporation's officers direct, control, and coordinate the corporation's activities. It is the …corporation's nerve center. And in practice it should normally be the place where the corporation maintains its headquarters – provided that the headquarters is the actual center of direction, control, and coordination, i.e., the nerve center, and not simply an office where the corporation holds its board meetings (for example, attended by directors and officers who have traveled there for the occasion).

*Hertz Corp.*, 559 U.S. at 92-93. At the time of the alleged subject occurrence, at the time the Complaint was filed in the Circuit Court of Cook County and at the present time, the defendants, ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC., maintained its principal place of business in Omaha, NE. (*See* Exs. C and D.)

11. Thus, the defendants, ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC., meet both prongs of citizenship laid out by the United States Supreme Court and are deemed a citizen of the State of Nebraska.

12. Complete diversity of citizenship exists between the plaintiff, CLYDE MAY, and the defendants, MICHAEL FITZGERALD, ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC.

**The Amount in Controversy Exceeds $75,000.00**

13.     The plaintiff, CLYDE MAY, alleges that he "sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned." (Ex. A.) The plaintiff further alleges that "the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will be in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries." (Ex. A.)

14.     The plaintiff demands judgment against the defendants, MICHAEL FITZGERALD, ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC., for a sum in excess of $50,000.00. (*See* Affidavit attached as Exhibit "E.")

15.     On February 9, 2019, the plaintiff issued a summary of medical bills and lost wages incurred by the plaintiff for $179,772.60 that he alleges were incurred for injuries sustained in this accident. Accordingly, the movants believe in good faith that the amount in controversy exceeds the jurisdictional limit of $75,000.00.

**Removal Is Timely Filed**

16.     This Notice of Removal was filed within (30) thirty days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

17.     The plaintiff filed his Complaint at Law on June 27, 2019. (*See* Ex. A.)

18.     Service was achieved on the defendants ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC. on or about August 13, 2019.

4

19. Upon information and belief, service was achieved on the defendant, Michael Fitzgerald.

20. As established in this Notice, the defendants have properly filed their Notice of Removal within the applicable thirty-day period. The time period set forth in §1446 is mandatory and should be strictly construed. *Northern Illinois Gas Co. v. Airco Industrial Gases*, 676 F.2d 270 (7th Cir. 1982). The defendants have complied with this thirty-day deadline. Therefore, the defendants' Notice of Removal is timely filed.

21. As required by 28 U.S.C. §1446(d), the movant will promptly serve upon the plaintiff's counsel and file with the Cook Circuit Court a true and correct copy of this Notice.

22. As required by 28 U.S.C. §1446(a), a true and correct copy of all process, pleadings, and orders served upon the defendants in this action are attached hereto. (*See* Ex. A.)

23. By removing this action, the defendants do not waive any defenses available to them.

24. If any question arises as to the propriety of the removal of this action, the movants request the opportunity to present a brief and oral argument in support of its position that this case is removable.

25. This Notice is signed and submitted in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants, MICHAEL FITZGERALD and ROMANS MOTOR FREIGHT, INC. and ROMANS TRANSPORTATION, INC., by their attorneys, Lew R.C. Bricker and Michael L. Wojciak of SmithAmundsen LLC, pray that this Honorable Court retain jurisdiction of this matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Movants further pray should this Court require hearing that they be afforded the opportunity to present a brief and oral

argument in support of its position. The Defendants pray for further and other relief as this Court deems proper and just.

                                                  Respectfully submitted,

By:   <u>s/ Michael L. Wojciak</u>
       Michael L. Wojciak – Bar Number 6325949
       Attorney for Defendants, Michael Fitzgerald,
       Romans Motor Freight, Inc. and Romans
       Transportation, Inc.
       SMITHAMUNDSEN LLC
       150 North Michigan Avenue, Suite 3300
       Chicago, Illinois 60601
       Tel: (312) 894-3200
       Fax: (312) 894.3210
       E-Mail: mwojciak@salawus.com

Lew R.C. Bricker
Michael L. Wojciak
Attorneys for Defendants
Michael Fitzgerald, Romans Motor Freight, Inc.,
Romans Transportation, Inc.
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Tel: (312) 894-3200
Fax: (312) 894.3210
E-Mail: lbricker@salawus.com
        mwojciak@salawus.com

3042712 – LRB/MLW                                                           ARDC # 6325949

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CLYDE MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| ROMANS MOTOR FREIGHT, INC.; | ) |
| ROMANS TRANSPORTATION, INC.; | ) |
| MICHAEL FITZGERALD, INVIDUALLY | ) |
| AND AS AGENT OR EMPLOYEE OF | ) |
| ROMANS MOTOR FREIGHT, INC.; | ) |
| MICHAEL FITZGERALD, INVIDUALLY | ) |
| AND AS AGENT OR EMPLOYEE OF | ) |
| ROMANS TRANSPORTATION, INC. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **10th day of September 2019**, he served a copy of **Notice of Removal** on:

Horwitz, Horwitz, & Associates, Ltd.
25 E. Washington Street, Suite 900
Chicago, IL 60606
clmail@horwitzlaw.com

Via first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 150 North Michigan, Chicago, Illinois before 5:00 p.m. on the 10th day of September 2019.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: September 10, 2019

s/ Michael L. Wojciak

Lew R.C. Bricker, ARDC # 6206641
Michael L. Wojciak, ARDC #6325949
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601