3042712 – LRB/MLW                                             ARDC # 6325949

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CLYDE MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   **2019 cv 6059** |
| | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| ROMANS TRANSPORTATION, INC.; | ) | |
| MICHAEL FITZGERALD, INVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| MICHAEL FITZGERALD, INVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## **EXHIBITS A TO E OF DEFENDANTS' NOTICE OF REMOVAL**

854

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served By Mail | |
| 2420 – Served By Publication | 2421 – Served By Publication | |
| Summons - Alias Summons | | (06/28/18) CCG N001 |

FILED
7/22/2019 8:10 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

5850147

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED DATE: 7/22/2019 8:10 AM 2019L007164

| | |
|---|---|
| CLYDE MAY<br><br>(Plaintiff)<br><br>v.<br><br>ROMANS MOTOR FREIGHT INC.;<br>ROMANS TRANSPORTAION, INC. ;<br>MICHAEL FITZGERALD, INDIVIDUALLY AND AS<br>AGENT OR EMPLOYEE OF ROMANS MOTOR<br>FREIGHT, INC.;<br>MICHAEL FITZGERALD, INDIVIDUALLY AND AS<br>AGENT OR EMPLOYEE OF ROMANS<br>TRANSPORTATION INC.;<br><br>(Defendants) | )<br>)<br>)<br>)<br>)<br>)  Case No. 19 L 007164<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To each Defendant: **Romans Transportation Inc.** c/o Robert D. Kinsey Jr. 3800 Vernnaas Place, Suite 100 Lincoln NE 68502

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| | |
|---|---|
| Atty. No: 04771 | Witness: |
| Atty Name: Michael T. Wierzbicki | |
| Atty. For: PLAINTIFF | 7/22/2019 8:10 AM DOROTHY BROWN |
| Address: 25 E. Washington, Suite 900 | DOROTHY BROWN, Clerk of Court |
| City: Chicago        State: IL        Zip: 60602 | |
| Telephone: 312-372-8822 | Date of Service: |
| Primary Email: cfmail@horwitzlaw.com | (To be inserted by officer on copy left with Defendant or other person) |
| Secondary Email: smg@horwitzlaw.com | |



EXHIBIT

A

FILED DATE: 7/22/2019 8:10 AM    2019L007164

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

**12-Person Jury**

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

5587810

ATTORNEY CODE # 04771

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 6/27/2019 5:40 PM  2019L007164

| | | |
|---|---|---|
| CLYDE MAY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 2019L007164 |
| | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| ROMANS TRANSPORTATION, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, Clyde May by his attorneys HORWITZ, HORWITZ, AND

ASSOCIATES LTD., and complaining of the Defendants, ROMANS MOTOR FREIGHT, INC.;

ROMANS TRANSPORTATION, INC.; MICHAEL FITZGERALD, INDIVIDUALLY AND

AS AGENT OR EMPLOYEE OF ROMANS MOTOR FREIGHT, INC.; MICHAEL

FITZGERALD, INDIVIDUALLY AND AS AGENT OR EMPLOYEE OF ROMANS

TRANSPORTATION, INC. and allege as follows:

### COUNT I – ROMANS MOTOR FREIGHT, INC

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was

    operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New

    Lenox, Will County, Illinois.

FILED DATE: 6/27/2019 5:40 PM    2019L007164

2.  That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3.  That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4.  That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5.  That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

7.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

9.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

12. That at said time and place, a collision occurred between the vehicle Defendant was driving, and the vehicle Plaintiff Clyde May was driving.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle driven by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle being driven by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

   a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

   b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

   c) Failed to drive as nearly as practicable entirely within a single lane;

   d) Moved from a lane when such movement could not be made with safety.

   e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

   f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

   g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

i) Struck the vehicle operated by Clyde May;

j) Sideswiped the vehicle operated by Clyde May; or

k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

FILED DATE: 6/27/2019 5:40 PM  2019L007164

## COUNT II – MICHAEL FITZGERALD, INDIVIDUALLY AND AS AN AGENT OR EMPLOYEE OF ROMAN MOTOR FREIGHT INC.

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

7. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

9. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

FILED DATE: 6/27/2019 5:40 PM 2019L007164

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

12. That at said time and place, a collision occurred between the vehicle Defendant was operating, and the vehicle Plaintiff Clyde May was operating.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle operated by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle operated by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

    a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

    b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

    c) Failed to drive as nearly as practicable entirely within a single lane;

    d) Moved from a lane when such movement could not be made with safety.

    e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

FILED DATE: 6/27/2019 5:40 PM   2019L007184

     f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

     g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

     h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

     i) Struck the vehicle operated by Clyde May;

     j) Sideswiped the vehicle operated by Clyde May; or

     k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

## COUNT III – ROMANS TRANSPORTATION, INC

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

7. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

9. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

12. That at said time and place, a collision occurred between the vehicle Defendant was operating, and the vehicle Plaintiff Clyde May was operating.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle operated by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle being driven by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

    a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

    b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

    c) Failed to drive as nearly as practicable entirely within a single lane;

    d) Moved from a lane when such movement could not be made with safety.

FILED DATE: 8/27/2019 5:40 PM    2019L007164

   e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

   f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

   g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

   h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

   i) Struck the vehicle operated by Clyde May;

   j) Sideswiped the vehicle operated by Clyde May; or

   k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable

FILED DATE: 6/27/2019 5:40 PM    2019L007164

for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

## COUNT IV – MICHAEL FITZGERALD, INDIVIDUALLY AND AS AN AGENT OR EMPLOYEE OF ROMANS TRANSPORTATION, INC.

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

FILED DATE: 6/27/2019 5:40 PM    2019L007164

7. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

9. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

12. That at said time and place, a collision occurred between the vehicle Defendant was operating, and the vehicle Plaintiff Clyde May was operating.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle being driven by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle being driven by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

FILED DATE: 6/27/2019 5:40 PM    2018L007164

a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

c) Failed to drive as nearly as practicable entirely within a single lane;

d) Moved from a lane when such movement could not be made with safety.

e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

i) Struck the vehicle operated by Clyde May;

j) Sideswiped the vehicle operated by Clyde May; or

k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in

FILED DATE: 6/27/2019 5:40 PM   2019L007164

the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

ATTORNEY CODE # 04771

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| CLYDE MAY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO.  2019L007164 |
| | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| ROMANS TRANSPORTATION, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendants | ) | |

**JURY DEMAND**

The undersigned demands a 12 person jury trial.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

5587810

ATTORNEY CODE # 04771

FILED DATE: 6/27/2019 5:40 PM  2019L007164

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CLYDE MAY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO.     2019L007164 |
| | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| ROMANS TRANSPORTATION, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendants | ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under penalty of perjury

2. My name is Michael T. Wierzbicki.

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00.

6. FURTHER AFFIANT SAYETH NOT.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

855

FILED DATE: 7/22/2019 8:10 AM   2019L007164

| 2120 – Served | 2121 – Served | **FILED** |
| 2220 – Not Served | 2221 – Not Served | 7/22/2019 8:10 AM |
| 2320 – Served By Mail | 2321 – Served By Mail | DOROTHY BROWN |
| 2420 – Served By Publication | 2421 – Served By Publication | CIRCUIT CLERK |
| Summons – Alias Summons | (06/28/18) CCG N001 | COOK COUNTY, IL |
| | | 2019L007164 |

5850147

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

|  |  |
|---|---|
| CLYDE MAY | ) |
| | ) |
| (Plaintiff) | ) |
| | ) |
| v. | )   Case No. 19 L 007164 |
| | ) |
| ROMANS MOTOR FREIGHT INC.; | ) |
| ROMANS TRANSPORTAION, INC. ; | ) |
| MICHAEL FITZGERALD, INDIVIDUALLY AND AS | ) |
| AGENT OR EMPLOYEE OF ROMANS MOTOR | ) |
| FREIGHT, INC.; | ) |
| MICHAEL FITZGERALD, INDIVIDUALLY AND AS | ) |
| AGENT OR EMPLOYEE OF ROMANS | ) |
| TRANSPORTATION INC.; | ) |
| | ) |
| | ) |
| (Defendants) | ) |
| | ) |

## SUMMONS

To each Defendant: **Romans Motor Freight Inc.** c/o Ryan P. Sullivan 3800 Vermaas Place, Suite 100 Lincoln NE 68502

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| | |
|---|---|
| Atty. No: _04771_ | Witness: _____ |
| Atty Name: _Michael T. Wierzbicki_ | |
| Atty. For: _PLAINTIFF_ | 7/22/2019 8:10 AM DOROTHY BROWN |
| Address: _25 E. Washington, Suite 900_ | DOROTHY BROWN, Clerk of Court |
| City: _Chicago_ State: _IL_ Zip: _60602_ | |
| Telephone: _312-372-8822_ | Date of Service: _____ |
| Primary Email: _elmail@horwitzlaw.com_ | (To be inserted by officer on copy left with Defendant or other person) |
| Secondary Email: _songs@horwitzlaw.com_ | |

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 7/22/2019 8:10 AM 2019L007164

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

**12-Person Jury**

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

5587810

ATTORNEY CODE # 04771

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 6/27/2019 5:40 PM  2019L007164

| | |
|---|---|
| CLYDE MAY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )     NO. 2019L007164 |
| | ) |
| ROMANS MOTOR FREIGHT, INC.; | ) |
| ROMANS TRANSPORTATION, INC.; | ) |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) |
| AND AS AGENT OR EMPLOYEE OF | ) |
| ROMANS MOTOR FREIGHT, INC.; | ) |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) |
| AND AS AGENT OR EMPLOYEE OF | ) |
| ROMANS TRANSPORTATION, INC. | ) |
| | ) |
| Defendants | ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, Clyde May by his attorneys HORWITZ, HORWITZ, AND

ASSOCIATES LTD., and complaining of the Defendants, ROMANS MOTOR FREIGHT, INC.;

ROMANS TRANSPORTATION, INC.; MICHAEL FITZGERALD, INDIVIDUALLY AND

AS AGENT OR EMPLOYEE OF ROMANS MOTOR FREIGHT, INC.; MICHAEL

FITZGERALD, INDIVIDUALLY AND AS AGENT OR EMPLOYEE OF ROMANS

TRANSPORTATION, INC. and allege as follows:

### COUNT I – ROMANS MOTOR FREIGHT, INC

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was

   operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New

   Lenox, Will County, Illinois.

FILED DATE: 6/27/2019 5:40 PM    2019L007164

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

7. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

9. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

12. That at said time and place, a collision occurred between the vehicle Defendant was driving, and the vehicle Plaintiff Clyde May was driving.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle driven by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle being driven by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

   a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

   b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

   c) Failed to drive as nearly as practicable entirely within a single lane;

   d) Moved from a lane when such movement could not be made with safety.

   e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

   f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

   g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

FILED DATE: 8/27/2019 5:40 PM   2019L007164

    h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

    i) Struck the vehicle operated by Clyde May;

    j) Sideswiped the vehicle operated by Clyde May; or

    k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

FILED DATE: 6/27/2019 5:40 PM    2019L007164

## COUNT II – MICHAEL FITZGERALD, INDIVIDUALLY AND AS AN AGENT OR EMPLOYEE OF ROMAN MOTOR FREIGHT INC.

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

7. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

9. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

FILED DATE: 6/27/2019 5:40 PM    2019L007164

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

12. That at said time and place, a collision occurred between the vehicle Defendant was operating, and the vehicle Plaintiff Clyde May was operating.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle operated by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle operated by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

   a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

   b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

   c) Failed to drive as nearly as practicable entirely within a single lane;

   d) Moved from a lane when such movement could not be made with safety.

   e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

FILED DATE: 6/27/2019 5:40 PM    2019L007184

f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

i) Struck the vehicle operated by Clyde May;

j) Sideswiped the vehicle operated by Clyde May; or

k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

FILED DATE: 8/27/2019 5:40 PM 2019L007164

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

## COUNT III – ROMANS TRANSPORTATION, INC

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

7. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

FILED DATE: 6/27/2019 5:40 PM   2019L007184

9. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

12. That at said time and place, a collision occurred between the vehicle Defendant was operating, and the vehicle Plaintiff Clyde May was operating.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle operated by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle being driven by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

   a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

   b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

   c) Failed to drive as nearly as practicable entirely within a single lane;

   d) Moved from a lane when such movement could not be made with safety.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

i) Struck the vehicle operated by Clyde May;

j) Sideswiped the vehicle operated by Clyde May; or

k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable

FILED DATE: 6/27/2019 5:40 PM   2019L007164

for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

### COUNT IV – MICHAEL FITZGERALD, INDIVIDUALLY AND AS AN AGENT OR EMPLOYEE OF ROMANS TRANSPORTATION, INC.

1. That on or approximately July 5, 2017, Defendant Romans Motor Freight Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

2. That on or approximately July 5, 2017, Defendant Romans Transportation, Inc. was operating a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

3. That on or approximately July 5, 2017, Defendant Michael Fitzgerald was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

4. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Motor Freight, Inc.

5. That at the aforesaid time and place Defendant Michael Fitzgerald was driving the aforesaid vehicle as the agent and/or employee of Romans Transportation, Inc.

6. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Motor Freight, Inc.

FILED DATE: 6/27/2019 5:40 PM   2019L007164

7.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued to Romans Transportation, Inc.

8.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was being operated under motor carrier authority issued US DOT #337080.

9.  That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was placarded US DOT #337080.

10. That at the aforesaid time and place the vehicle driven by Michael Fitzgerald was owned by Romans Motor Freight, Inc.

11. That at the aforesaid time Clyde May was driving a vehicle eastbound on I-80 at or near milepost 141 in the Township of New Lenox, Will County, Illinois.

12. That at said time and place, a collision occurred between the vehicle Defendant was operating, and the vehicle Plaintiff Clyde May was operating.

13. That at the aforesaid time and place Michael Fitzgerald drove the vehicle so as to strike the vehicle being driven by Clyde May.

14. That at the aforesaid time and place Michael Fitzgerald was changing lanes when the vehicle he drove struck the vehicle being driven by Clyde May.

15. That at the time of the aforesaid collision, the vehicle being driven by Michael Fitzgerald was not entirely within a single lane of travel.

16. That each aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

17. That each aforesaid Defendant was then and there guilty of one or more of the following acts and/or omissions:

FILED DATE: 6/27/2019 5:40 PM   2019L007164

a) Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

b) Failed to keep said vehicle within a single lane of traffic, in violation of 625 ILCS 5/11-709 of the Illinois Compiled Statutes.

c) Failed to drive as nearly as practicable entirely within a single lane;

d) Moved from a lane when such movement could not be made with safety.

e) Swerved and vehicle suddenly, when such movement could not be made with reasonable safety, so as to cause it to collide with the Plaintiff's vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

f) Changed lanes suddenly, without warning, so as to place it directly in the path of Plaintiff's oncoming vehicle, in violation of 625 ILCS 5/11-804 of the Illinois Compiled Statutes.

g) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

h) Failed to adjust speed or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601;

i) Struck the vehicle operated by Clyde May;

j) Sideswiped the vehicle operated by Clyde May; or

k) Negligently hired, trained and or supervised Michael Fitzgerald.

18. That Plaintiff was injured.

19. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiffs personal injuries as hereinafter mentioned.

20. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiffs then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attended to usual duties and affairs, and has lost and in

FILED DATE: 6/27/2019 5:40 PM 2019L007164

the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

21. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiffs further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against each Defendant in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

ATTORNEY CODE # 04771

FILED DATE: 6/27/2019 5:40 PM   2019L007164

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

CLYDE MAY                                          )
                                                   )
                          Plaintiff                )
                                                   )
v.                                                 )        NO.   2019L007164
                                                   )
ROMANS MOTOR FREIGHT, INC.;                        )
ROMANS TRANSPORTATION, INC.;                       )
MICHAEL FITZGERALD, INDIVIDUALLY                   )
AND AS AGENT OR EMPLOYEE OF                        )
ROMANS MOTOR FREIGHT, INC.;                        )
MICHAEL FITZGERALD, INDIVIDUALLY                   )
AND AS AGENT OR EMPLOYEE OF                        )
ROMANS TRANSPORTATION, INC.                        )
                                                   )
                          Defendants               )

### JURY DEMAND

The undersigned demands a 12 person jury trial.


/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

FILED DATE: 6/27/2019 5:40 PM 2019L007164

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

5587810

ATTORNEY CODE # 04771

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CLYDE MAY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO.    2019L007164 |
| | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| ROMANS TRANSPORTATION, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS MOTOR FREIGHT, INC.; | ) | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | |
| AND AS AGENT OR EMPLOYEE OF | ) | |
| ROMANS TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendants | ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under penalty of perjury

2. My name is Michael T. Wierzbicki.

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00.

6. FURTHER AFFIANT SAYETH NOT.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

**NEBRASKA**

**COMMERCIAL DRIVERS LICENSE**

Pete Ricketts, Governor

www.dmv.ne.gov
USA NE

4d License No.

4a ISS 03-19-2015

3 DOB

4b EXP 05-21-2020

9a End MTN

9 Class A

12 Rest. B

CDL Rest. NONE

15 Sex M    16 Hgt 509    17 Wgt 170

18 Eyes BRO    19 Hair BRO

1 MICHAEL L FITZGERALD

8 15918 O CIR
OMAHA, NE 68135

5 DD 0540000143000000

Nebraska

**EXHIBIT**

B

# ROMANS MOTOR FREIGHT, INC.

Mon Sep 9 09:13:57 2019

**SOS Account Number**
0532304
**Status**
Active

**Principal Office Address**
2605 NO 11TH ST
OMAHA, NE 68110-0000
**Registered Agent and Office Address**
RYAN P. SULLIVAN
STE. 100
3800 VERMAAS PLACE
LINCOLN, NE 68502

**Nature of Business**
TRANSPORTATION
**Entity Type**
Domestic Corp
**Date Filed**
May 06 1980

| Corporation Position | Name | Address |
|---|---|---|
| President | SCOTT ROMANS | 13045 CRAIG STREET<br>OMAHA, NE 68142 |
| Secretary | SCOTT ROMANS | 13045 CRAIG STREET<br>OMAHA, NE 68142<br>USA |
| Treasurer | SCOTT ROMANS | 13045 CRAIG STREET<br>OMAHA, NE 68142 |
| Director | T.A KERR | 114 WESTLAKE CT<br>NICEVILLE, FL 32578<br>USA |
| Director | MICHELLE A ROMANS | 13045 CRAIG STREET<br>OMAHA, NE 68142<br>USA |
| Director | RONALD ROMANS | 2134 COUNTY ROAD 7<br>YUTAN, NE 68073-0000 |
| Director | SCOTT ROMANS | 13045 CRAIG STREET<br>OMAHA, NE 68142 |
| Vice President | ZAKARY B KERR | 114 WESTLAKE COURT<br>NICEVILLE, FL 32578<br>USA |

**EXHIBIT**

tabbies

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Articles Perpetual | May 06 1980 | $2.25 = 5 page(s) @ $0.45 per page |
| ☐ | Amendment/New Name | Jun 03 1980 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | Amendment/New Name | Feb 05 1981 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Mar 12 1981 | $0.45 = 1 page(s) @ $0.45 per page |
| | Non Payment of Taxes | Apr 16 1985 | |
| ☐ | Certificate of Revival | Oct 14 1986 | $0.45 = 1 page(s) @ $0.45 per page |
| | Non Payment of Taxes | Apr 18 1988 | |
| ☐ | Amendment/New Name | May 10 1988 | $0.45 = 1 page(s) @ $0.45 per page |
| | Certificate of Revival | May 10 1988 | |
| ☐ | Tax Return | Mar 15 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 16 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 09 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Apr 23 2002 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 23 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 08 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 22 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 03 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| | Non Payment of Taxes | Apr 16 2008 | |
| ☐ | Certificate of Revival | Jun 11 2008 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jun 11 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| | Non Payment of Taxes | Apr 16 2010 | |

| Document | Date Filed | Price |
|---|---|---|
| ☐ Certificate of Revival | Sep 13 2010 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ Change of Agent or Office | Sep 13 2010 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ Tax Return | Sep 13 2010 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 09 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Change of Agent or Office | Mar 29 2013 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ Tax Return | Mar 28 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Apr 15 2016 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ Tax Return | Mar 06 2018 | $1.35 = 3 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**
    This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**
    This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top

# ROMANS TRANSPORTATION, INC.

Mon Sep 9 09:15:49 2019

**SOS Account Number**
1012424
**Status**
Active

**Principal Office Address**
6914 NORTH 118TH CIRCLE
OMAHA, NE 68142
**Registered Agent and Office Address**
ROBERT D. KINSEY, JR.
SUITE 100
3800 VERMAAS PLACE
LINCOLN, NE 68502

**Nature of Business**
TRANSPORTATION
**Entity Type**
Domestic Corp
**Date Filed**
Apr 18 1989

| Corporation Position | Name | Address |
|---|---|---|
| President | SCOTT ROMANS | 6914 NORTH 118TH CIRCLE OMAHA, NE 68142 |
| Secretary | SCOTT ROMANS | 6914 NORTH 118TH CIRCLE OMAHA, NE 68142 |
| Treasurer | SCOTT ROMANS | 6914 NORTH 118TH CIRCLE OMAHA, NE 68142 |
| Director | T.A KERR | 114 WESTLAKE COURT NICEVILLE, FL 32578 USA |
| Director | ZAKARY B KERR | 114 WESTLAKE CT NICEVILLE, FL 32578 USA |
| Director | MICHELLE A ROMANS | 13045 CRAIG STREET OMAHA, NE 68142 USA |
| Director | SCOTT ROMANS | 6914 NORTH 118TH CIRCLE OMAHA, NE 68142 |
| Vice President | ZAKARY B KERR | 114 WESTLAKE CT NICEVILLE, FL 32578 USA |



EXHIBIT

D

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Articles Perpetual | Apr 18 1989 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | May 15 1989 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Apr 12 1990 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Certificate of Revival | May 10 1993 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 13 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 17 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 18 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Apr 20 2001 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 22 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 04 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 04 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 20 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 05 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 10 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 21 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | May 01 2013 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 28 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Aug 28 2015 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 16 2016 | $0.90 = 2 page(s) @ $0.45 per page |

| Document | Date Filed | Price |
|---|---|---|
| ☐ Tax Return | Mar 06 2018 | $1.35 = 3 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top

FILED DATE: 6/27/2019 5:40 PM   2019L007164

FILED
6/27/2019 5:40 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L007164

5587810

ATTORNEY CODE # 04771

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | | |
|---|---|---|---|
| CLYDE MAY | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | NO. | 2019L007164 |
| | ) | | |
| ROMANS MOTOR FREIGHT, INC.; | ) | | |
| ROMANS TRANSPORTATION, INC.; | ) | | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | | |
| AND AS AGENT OR EMPLOYEE OF | ) | | |
| ROMANS MOTOR FREIGHT, INC.; | ) | | |
| MICHAEL FITZGERALD, INDIVIDUALLY | ) | | |
| AND AS AGENT OR EMPLOYEE OF | ) | | |
| ROMANS TRANSPORTATION, INC. | ) | | |
| | ) | | |
| Defendants | ) | | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael T. Wierzbicki, does hereby state under oath and under penalty of perjury

2. My name is Michael T. Wierzbicki.

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00.

6. FURTHER AFFIANT SAYETH NOT.

/s/Michael T. Wierzbicki
Michael T. Wierzbicki
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com



EXHIBIT
E